# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff* | : : : | |
| v. | : : | Civil Action No. 4:18-CV-2350 |
| THE PENNSYLVANIA STATE UNIVERSITY | : : : : | |
| *Defendants* | : : | |

## ORDER

AND NOW, this 8th day of January, 2019, the Plaintiff's Motion to Proceed Under Pseudonym "John Doe" and Request for Leave of Court to Refer to Complainant as "Jane Roe" is hereby GRANTED.

All materials filed on the public docket will use "John Doe" to refer to Plaintiff and "Jane Roe" to refer to defendant.

By the court,

*s/ Matthew W. Brann*