# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:18-CV-02350 |
| Plaintiff. | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**MAY 31, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. PSU's Motion to Dismiss, ECF No. 16, is **GRANTED**.

2. Mr. Doe's Complaint, ECF No. 1, is **DISMISSED**.

3. No later than June 27, 2019, Mr. Doe **MAY FILE** an amended complaint to address the deficiencies identified in this Order.

4. If Mr. Doe fails to file an amended complaint by June 27, 2019:

    a. Mr. Doe's Complaint, ECF No. 1, **SHALL BE CONSIDERED DISMISSED WITH PREJUDICE**, and

    b. The Clerk of Court **SHALL CLOSE** this case.

                                          BY THE COURT:


                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          United States District Judge